## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America          :
                                  :
v.                                :
                                  :   Case No. 1:06-MJ-00365
                                  :
Levar Simms                       :
                                  :   **FILED**
                                  :
                                      SEP 0 5 2006

### PRAECIPE OF APPEARANCE

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Will the Clerk of the Court please note the Appearance Leonard L. Long, Jr., Esquire as Counsel for the Defendant, Levar Simms, in the above captioned action.

Respectfully Submitted,

Leonard L. Long, Jr.
1818 11th Street, NW
Washington, D.C. 20001
(202) 234-5664
Bar# 385311

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe of Appearance was mailed postage prepaid to the Office of the United States Attorney (U.S. District Court Division) 555 4th Street NW Washington DC 20001 on this 1st day of September 2006.

Leonard L. Long, Jr.