UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| | : | Magistrate Number:   06-365-M-01 |
| V. | : | |
| | : | VIOLATIONS: |
| | : | |
| **LEVAR SIMMS aka "Var"** | : | 18 U.S.C. § 2423(a) |
| | : | (Interstate Transportation of a Minor |
| Defendant | :  | For Purposes of Prostitution) |
| | : | |
| | : | 18 U.S.C. § 1591 |
| | : | (Interstate Sex Trafficking of Children) |
| | : | |
| | : | 18 U.S.C. § 1591 |
| | : | (Interstate Sex Trafficking By Force, |
| | :  | Fraud, and Coercion) |

**INDICTMENT**

The Grand Jury charges that:

COUNT ONE

On, about, or between July 15, 2006 and August, 14, 2006, in the District of Columbia and elsewhere, the defendant, **LEVAR SIMMS, also known as "Var"**, knowingly transported an individual, that is "L.B.", a minor under the age of 18 years, in interstate commerce, from North Carolina to Washington, D.C., and from Washington, D.C., to Virginia, and from Virginia, to Washington, D.C., and from Washington, D.C., to Maryland, and from Maryland to Washington, D.C., with intent that "L.B." engage in prostitution, a criminal offense under Title 22, D.C. Code, Section 2701 (2001 ed.)

(**Interstate Transportation of a Minor for Purposes of Prostitution**, in violation of Title 18, United States Code, Section 2423(a))

## COUNT TWO

On, about, or between July 15, 2006 and August, 14, 2006, in the District of Columbia and elsewhere, the defendant, **LEVAR SIMMS, also known as "Var"**, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, "L.B.", a minor person under the age of 18 years, knowing that "L.B." had not attained the age of 18 years and that "L.B." would be caused to engage in a commercial sex act.

(**Interstate Sex Trafficking of Children**, in violation of Title 18, United States Code, Section 1591.)

## COUNT THREE

On, about, or between July 15, 2006 and August, 14, 2006, in the District of Columbia and elsewhere, the defendant, **LEVAR SIMMS, also known as "Var"**, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means a person, that is "L.B.", knowing that force, threats of serious harm, and physical restraint would be used to cause "L.B." to engage in a commercial sex act.

(**Interstate Sex Trafficking By Force, Fraud, and Coercion**, in violation of Title 18, United States Code, Section 1591.)

A TRUE BILL

FOREPERSON.

ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA