**FILED**

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

19 Oct 06

To the Judge Your Honor'

This is an earnest request
to consider the previous
non-criminal record of
Mr. LeVar Simms. According
to my information He
was misled and I
believe he should be
considered for release
to consider a
trial with me. Thank you.

Thanks

Rev. R.A. Baskin     (3) 831-1841

**CELEBRATING 70 YEARS**
**MELVIN G. BROWN, PASTOR**
COMPLIMENTS OF
CHURCH HISTORY MINISTRY

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge

my name is Rolette Harper
I am LeVor Simms mother.
He is my only child. I gave
birth to him when I was only 18 yrs
old. I was still in high school
but I manage to graduate from
high school. I didn't go to colage
because I was living with my
mother who was a single parent
of four children. So I got a
job to help not only my family
but my son as well. my son
grew up with out a father as well
as I did but we all manage
to get by. LeVor finished high
school and he also went to
collage. He dropped out of collage
so he could get a job to take
care of his son Tranquate
Simms. LeVor has had his son
since he was 16 months old and
has been a wonderful father to
his son. I think because LeVor
didn't have his own father around
he did a very good job raising
his son. He also has a daughter
Leah Simms whom he loves dearly
and she loves his very much I

10/18/06

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge

I am writing this letter to let you know that Mr. Kellar Simms is a good easy going young man. Since I have known him which is when she was a small boy around 3 yrs old he has been a caring, loving, and funny guy. Under no circumstances has he been a troubled young man. He has been a decent man since he has become grown. I have known his family for over 40 yrs.

Dora Lawson

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To Whom it may concern.

I'm writing you this letter to tell you a little something about LaVar Simms, he's a sweet kind young man that loves his children and mother. He work hard to raise his son and to make sure that his apart of his daughter life. LaVar didn't grow up with a father in his life but, let the crazy life that he had to be around with his mother, aunts and other family members help LaVar became a great young man. LaVar children really needed him to be apart of their lives and does him alot

HR Officer
Harrietta Epelin
(215) 472-0562

Dear Judge

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

My Name is Annie Ford. I am writing you this Letter about LeVAR Simms personality. He is A very Respectful, intelligent young man. He has no problem helping other people such as myself. I have only known him for A year but the year I've known him he has helped A lot of people in our community. I am an 65 year old lady and he respects me to the upmost.

THANK YOU

Annie Ford

10/19/06

Dear Judge,

My name is Pamela Short

I'm a long term friend of

LeVar Simms and his family

way back over thirty years or

more of knowing his Grandmother

his mother and his Aunt, I

very consider myself a Aunt

of his.

He and I share a cousin together

whom his long lost uncle is

the father to my second cousin

and his frist cousin so you

see we do have a family tree

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I watced him grow until Adulthood he grow to be A very fine youngman with much Respect for his Mon, me, And Everyone he came in contact with. He finish High School, went on to community college for A while got a job so he was Able to take Care of his son which he raise At Avery young Age with his loving mothers help.

Please take this into consideration

His Loving Aunt Pam

Pamela L. Short

202 399-6836

~~Tejuan~~ Tejuan Harper                        October 19,

Dear judge I love my cousin. So please don't give him no time. I really want him to get out. He took me and his son to the beach and on my birthday he took me to jeepers. Thats why I love him and want him to get out. Also My Name is Tejuan Harper and I am 11 years old

**FILED**

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To whom it may concern, I am writing this letter on behalf of LeVar Simms. Forgetting the circumstances he's in, I want to tell you a little about his character. He's a very bright, intellectual, strong minded & very hilarious person. He has many talents like to act, draw, problem solve, most of all make people laugh, he's a natural born comedian people's person. With all respect he means alot to his kids Shaquante & Leah Simms. He's done alot in the community. Was in the Earth Conservation Corps, which included outreach, tutoring kids, community activist work, public speaking, street cleaning etc. Done alot of volunteer work got food for friends, TR Handicapp. mental health etc. Love's working in a environment where he's around people in society. Last job he was a metro Access driver loved what he did. Almost for got, done a Earth conservation documentary film for discovery channel. where he help release bald eagles in the Metropolitan area. And represented the ECC Corps at the White House receive all honors from Bill Clinton,

Ivan Harper

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

10-20-06

To Honorable Judge

I Am writing you this Letter On behalf Of my Nephew Levar Simms He made A mistake in Judgement As We All do at some point in Our life Levar isn't a bad person so if you could find it in your heart to have mercy on him and give him Another go to change his life Around. I know with in my Heart he would do better Levar has two Children a boy and a girl that he love very much please don't take Thier fathe from them. I would Really Appreciate All of your Support Levar is A working person he went all the way threw School and even college he also was A chuch going person

Sincerly
his Aunt
Debra Harper

God Bless you

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To whom it may concern:

My name is Keyonnia Washington
I have known Levar Simms
for eight years he is a close
friend to my family. He always
help me and my family when
we ever was in need. He
gave us a place to stay, he
help us change our ways of
Life. He was very honest, kind,
and a happy gentleman with
a very kind heart.

Sincerly,
Keyonnia Washington

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge,
I really miss my father, I haven't
seen him for some months, he took
me to places that I enjoyed and I
love him very much. I am very
sad that I cant see my father, boyt me,
he give me joy, and care to meme.
I hope nothing don't stop my
father from reading books in knowlege
the Library. He can get a lot of knowlge
in the Library and also my name
is Shaquante Simms I am 9 years
old and when I grow up I want to be
a football player

By Shaquante Simms
to Judge

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Honorable Judge
My name is Wanda Harper, I am
Levar Simns Aunt I helped
raise hevar, he was taught
to respect and love people and
most of all to be spiritually, to
do the right thing in life.
This is a young man that finish
High School, went to college,
was very intelligent to a lot
of things, knowing what he wanted
out of life and who he wanted
to be. He had a great sense of
humor enjoys making people
laugh and having a good time.
He is very much loved by
a lot of people. He was raising
his son and daughter that he
so much loved very much. Levar
Spoke for the Wash DC Earth Conser-
vation Corp. program with the
president of the US.

yes he has made mistakes in
his life, like we all have
but he is a good hearted
person really, he's not no
cold hearted criminal, and I
do believe it you could find
it in your heart to have mercy
on him and give him a second
chance, like we all deserves
He would change for the better

Respectfully
Submitted
Ms Harper

FILED

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To Whome it May Concearn
I hearby this day is writing
this letter on the behalf of
Lepar Sims, stating that it was
a shocking surprise to everyone
who Knews him to witness him
in situation that caused him to
be incarsarated, because of the
stand up citizen that he is.

Luar Was loved especially by
children wherever he went.
takeing them on trips, playing games,
and also helping the elders,
when he could. He is a good guy
who needs a second chance
in life

                    Yours Truly
                    Willard Dickey

**FILED**

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

October 19, 2006

DEAR HONORABLE JUDGE

MY NAME IS DEACONESS LINDA BASKIN OF GREATER NEW HOPE BAPTIST CHURCH.

I'M ADDRESSING THIS LETTER IN REGARDS TO MR. LEVAR SIMMS. I HAVE KNOWN

LEVAR FOR OVER 25 YEARS. LEVAR GREW UP WITH MY SON, IN WHICH HE'S NOW

DECEASED . IN ALL DUE RESPECT TO YOU AND THE COURTS I PRAY THAT YOU HAVE

SOME LEANTCY ON HIS SITUATION. LEVAR IS A VERY RESPECTFUL INDIVIDUAL. LEVAR

IS A FATHER OF TWO PRECIOUS CHILDREN IN WHICH THEY NEED HIM TO HELP GUIDE

AND LOVE THEM. MY OPINION (IF TAKING IN CONSIDERATION) HE WAS FRAMED. LEVAR

HAS ACHIEVED MANY CHALLENGES IN HIS LIFE. LEVAR NEVER BEEN IN ANY TROUBLE

WITH THE LAW THUS FAR. I DO BELIEVE THAT LEVAR HAS LEARNED A LESSON IN

CHOOSING HIS FRIENDS. WE AT THE GREATER NEW HOPE BAPTIST CHURCH FAMILY,

PRAY THAT SOMETHING GOOD COMES OUT OF THIS MISHAP IN HIS YOUNG LIFE.

IF THERE'S ANY MORE CONCERNS IN THE CASE OF LEVAR SIMMS PLEASE FEEL FREE TO

CONTACT ME AT (301)839-1441

RESPECTFULLY SUBMITTED

DEACONESS LINDA BASKIN