# IN THE UNITED STATE'S DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Vs.

CASE No. **06-268(RJL)**

LEVAR SIMMS

## MOTION TO CONTINUE MOTIONS HEARING
### (UNOPPOSED)

Comes now Leonard L. Long, Jr. Counsel for Defendant Levar Simms and moves this court for an Order granting a Continuance of the Motions Hearing now scheduled in this matter on 12/20/06. As grounds for this request the following is submitted for the Court's consideration:

1. Undersigned counsel has filed two (2) Motions on behalf of defendant, i.e. Motion for Reconsideration of Conditions of Release [1] and Motion to Suppress Evidence and Statements.

2. While the date for the Motions Hearing was set well in advance and with the agreement of the parties an unavoidable conflict has arisen in undersigned counsel's schedule that impacts on his availability to be present at the Motions Hearing on 12/20/06.

---

[1] At the Status Hearing the Court indicated that it was the practice of the Court to decide Motions for Bond Review on the "Papers" and without a Hearing. To the extent that the Court is still inclined to decide the Motion for Bond Review on the "Papers" Counsel for defendant does not (by filing of the instant motion) seek a postponement of the Court's ruling on defendant's Motion for Reconsideration of Conditions of Release.

3. Undersigned counsel's wife, Leticia Barnes-Long, is scheduled for eye surgery beginning at or about 1:00 pm on 12/20/06. Undersigned counsel intends to accompany his wife to the surgery and remain with her until such time as is necessary upon the completion of the surgery and recuperation.

4. This Motion is not being filed to unduly delay these proceedings or to gain tactical advantage (Counsel's wife just learned of the scheduling of the surgery on the afternoon of 12/18/06).

5. On the morning of 12/19/06 undersigned counsel spoke with AUSA Bruce Heygi and advised him of undersigned counsel's desire and intent to move to continue the Motions Hearing and the reasons therefore. AUSA Heygi has indicated that he does not oppose the Motion Hearing being continued for the reasons stated. Undersigned counsel and AUSA Heygi propose that the Hearing be continued to one of the following dates: January 2007 10, 11, 16, 17, 18, 19, 30, 31 or February; 2007 1, 6, 7, 8, 14, 16, 20, 21.

6. Defendant has previously waived his rights to Speedy trial to allow his counsel to examine the discovery and to determine what, if any, motions should be filed on defendant's behalf in this matter. Pursuant to the Federal Rules of Criminal Procedure the filing of Motions on defendant's behalf tolls

the Speedy Trial Statute. Therefore, defendant's Speedy Trial rights will not be hampered by the granting of the Motion to Continue Motions Hearing.

**WHEREFORE**, undersigned counsel Leonard L. Long, Jr. respectfully requests that the Motions Hearing on 12/20/06 be Continued.

Respectfully submitted,

Leonard L. Long, Jr.
Attorney for defendant Simms
1818 11th Street NW
Washington, DC 20001
Bar No. 385311
(202)234-5664

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion to Continue Motions Hearing was faxed and was mailed postage prepaid to the Office of the United State's Attorney c/o AUSA Bruce Heygi at 555 Fourth Street NW, Washington, DC 20530.

Leonard L. Long, Jr.

3

## IN THE UNITED STATE'S DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Vs. | CASE No. **06-268(RJL)** |
| LEVAR SIMMS | |

### ORDER

Upon consideration of the Motion to Continue Motions Hearing filed by Leonard L. Long, Jr. Esquire, counsel for Defendant Levar Simms, the Government's non-opposition thereto, good and sufficient cause having been shown, it is this _____ day of December hereby;

**Ordered** that the Motion to Continue Motions Hearing, be and is hereby granted;

it is further **Ordered** that the Motions Hearing in this matter be reset to _____.

_____
Judge