# IN THE UNITED STATE'S DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Vs. | CASE No. 06-268(RJL) |
| LEVAR SIMMS | |

## AMENDED MOTION TO WITHDRAW APPEARANCE

Comes now Counsel for Defendant, Leonard L. Long, Jr., Esquire, and hereby moves this Honorable Court to enter and order withdrawing the appearance of Leonard L. Long, Jr. as counsel for the Defendant Levar Simms in the instant matter. In support of this Motion, Counsel further states as follows:

1. That serious and irreconcilable differences have arisen between undersigned Counsel and the Defendant which have created an irreparable conflict of interest. Resultantly, the trust and confidences inherent in the attorney-client relationship have been eroded as between the Defendant and undersigned Counsel.

2. That the above described conflict of interest arose upon the breach of certain material terms of Counsel's representation agreement by the Defendant. Additionally, Mr. Simms has communicated dissatisfaction with Counsel and desires to terminate the attorney-client relationship.

3. Consequently, an irretrievable breakdown of the attorney-client relationship between Mr. Simms and undersigned Counsel has occurred. This actual

conflict serves to prevent Counsel from proceeding in this case with the defense of Mr. Simms under any circumstance in the underlying matter.

4. Therefore, Counsel is unable to effectively and zealously represent the Defendant Simms during the pendency of this matter. Clearly, it would be unethical and tantamount to ineffective assistance of counsel for undersigned Counsel to continue to represent Mr. Simms in this matter.

### Points and Authorities

1. Federal Rules of Criminal Procedure
2. The Fifth and Sixth Amendments to the Constitution of the United States of America.
3. The representation of counsel and authority as cited herein.
4. The inherent equitable powers of the Court.

Respectfully submitted,

_____
Leonard L. Long, Jr.
Attorney for defendant Simms
1818 11th Street NW
Washington, DC 20001
Bar No. 385311
(202)234-5664

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion to Continue Motions Hearing was faxed and was mailed postage prepaid to the Office of the United State's Attorney c/o AUSA Bruce Heygi at 555 Fourth Street NW, Washington, DC 20530 and Levar Simms at District of Columbia Department of Corrections, 1901 D Street, S.E., Washington, DC 20003.

_____
Leonard L. Long, Jr.

# IN THE UNITED STATE'S DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Vs. | CASE No. **06-268(RJL)** |
| LEVAR SIMMS | |

## ORDER

Upon consideration of the Motion to Withdraw Appearance filed by Leonard L. Long, Jr. Esquire, counsel for Defendant Levar Simms good and sufficient cause having been shown, it is this _____ day of April hereby;

**Ordered** that the Motion to Withdraw Appearance filed by Leonard Long, Jr., Esquire Counsel of Record for Defendant in this matter, be and is hereby granted;

it is further **Ordered** that the Motion to Withdraw Appearance of Leonard L. Long, Jr.,Esquire be stricken as Counsel of Record for Defendant in this matter.

_____
Judge