CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

       vs.                Criminal Number 06-00268 (RJL)

LEVAR SIMS


TO: CLERK OF COURT

     YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     CJA

                                Kenneth D. Auerbach, D.C. Bar No. 370469
                                8720 Georgia Avenue, Ste 704
                                Silver Spring, Maryland 20910
                                (301)585-5566