UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-268 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **LEVAR SIMMS,** | : | |
|       **Defendant.** | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Julieanne Himelstein, at telephone number (202) 514-8203 and/or email address Julieanne.Himelstein@usa.usdoj.gov . Julieanne Himelstein will substitute for Assistant United States Attorney Bruce Hegyi as counsel for the United States.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        _____
                                        JULIEANNE HIMELSTEIN
                                        Assistant United States Attorney
                                        Federal Major Crimes, Bar No. 417-136
                                        555 4th Street, NW,  Room 4832
                                        Washington, DC 20530
                                        (202) 514-8203