UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      vs.                    Criminal Number 06-00268 (RJL)

LEVAR SIMMS

## COUNSEL'S MOTION TO WITHDRAW

KENNETH D. AUERBACH, counsel to defendant Levar Simms, moves to strike his appearance and withdraw from this matter and as reasons therefore states:

1. On June 11, 2007, counsel was appointed to represent Levar Simms in the above matter. Counsel began his investigation, legal research, and other activities appropriate for the matter. At the time, and for many years before, counsel engaged in the practice of law in Maryland and the District of Columbia.

2. After obtaining discovery from the government, conferring with Levar Simms, and obtaining information from his investigator, counsel realized this week, for the first time, that he had represented a person ("X") connected to this matter and that in the course of his representation had learned confidential or secret information about "X."

3. Counsel believes that his obligation to represent Levar Simms would require disclosure or use of this information, but disclosure or use of such information would violate his obligation to "X" not to use secret or confidential information obtained in the course of his representation against "X" or on behalf of a third person. As a result, counsel believes that the prudent course is to move to withdraw from this matter. Counsel has discussed this in general terms with the prosecutor.

For the reasons stated, Kenneth D. Auerbach, counsel, moves to withdraw from this matter and seeks appointment of successor counsel on behalf of Levar Simms.

## POINTS AND AUTHORITIES

1. U.S. Constitution, Amend. VI.

2. D.C. Bar Rules of Professional Conduct, Rule 1.6.

Respectfully submitted,

/s/
Kenneth D. Auerbach
D.C. Bar No. 370469
8720 Georgia Avenue, Ste 704
Silver Spring, Maryland 20910
(301)585-5566

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing paper was served upon AUSA Julieanne Himmelstein on this the 28th day of September 2007 by the electronic filing system at the United States District Court for the District of Columbia.

/s/
Kenneth D. Auerbach

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      vs.                    Criminal Number 06-00268 (RJL)

LEVAR SIMMS

### ORDER

THE COURT, having considered Counsel's Motion To Withdraw, the reasons therefor, and the position of the United States;

**ORDERED**, this the ___ day of _____ 2007 that the motion is and shall be **Granted**;

**FURTHER ORDERED**, that counsel shall provide a copy of his file concerning this matter to successor counsel immediately.

_____
Richard J. Leon, Judge
United States District Court for the District of Columbia