UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Crim. No. 06-268 (RJL) |
| v. | : | |
| | : | Trial: January 22, 2007 |
| **LEVAR SIMMS, aka "VAR"** | : | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned for all purposes to Assistant United States Attorney Jocelyn Ballantine at telephone number (202) 514-7533 and/or email address Jocelyn.Ballantine2@usdoj.gov..

                                                    Respectfully submitted,

                                                    JEFFREY A. TAYLOR
                                                    United States Attorney

                                                    /s/
BY: _____
                                                    JOCELYN S. BALLANTINE
                                                    Assistant United States Attorney
                                                    C.A. Bar No. 208267
                                                    555 4th Street, N.W.  Room 4237
                                                    Washington, DC 20530
                                                    (202) 514-7533
                                                    Jocelyn.Ballantine2@usodj.gov