UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

U S A.
vs.
Lavar Simms

)
)
)
)
)
)
)
)

Civil/Criminal No. 06-268

**FILED**

JAN 2 5 2008

Clerk, U.S. District and
Bankruptcy Courts

NOTE FROM JURY

The jury would like a copy of instructions and the exhibits.

Would like to adjourn for the day. We start on Monday @ 90 until 5pm.

Date: 1/25/08

Time: 5:05 pm

FOREPERSON

CO-109A