UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA
vs.
Chavan Simms

)
)
)
)
)
)
)
)

Civil/Criminal No. 06-268

FILED
JAN 28 2008
Clerk, U.S. District and
Bankruptcy Courts

NOTE FROM JURY

We have reached a verdict.

Date: 1/28/08

Time: 11:12

FOREPERSON

CO-109A