UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :     Crim. No. 06-268 (RJL)
v.                                :
                                  :     Trial: January 22, 2008
LEVAR SIMMS, aka "VAR"            :

**FILED**

**JAN 2 8 2008**

Clerk, U.S. District and
Bankruptcy Courts

### JURY VERDICT FORM

**COUNT ONE**

With respect to the charge of Transporting a Minor (from North Carolina to Washington, D.C., and to and from Washington, D.C. to Virginia and/or Maryland) for the Purpose of Prostitution of Lynette Blair, we the jury find the defendant:

____X____ Guilty          _____ Not Guilty

**COUNT TWO**

With respect to the charge of Sex Trafficking of Lynette Blair, we the jury find the defendant:

_____ Guilty          ____X____ Not Guilty

_____
FOREPERSON

__1/28/08__
DATE