LeVar Simms  
D.C.D.C. # 311478  
CCA/CTF FACILITY  
1901 E ST. S.E.  
WASHINGTON, D.C. 2003

*Feb. 29, 2008*

**FILED**

**MAR -6 2008**

Clerk, U.S. District and
Bankruptcy Courts

TO THE HONORABLE JUDGE R. LEON  
UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA  
333 CONST. AVE. N. W.  
WASHINGTON, D.C. 2001

**RECEIVED**

MAR 6 2008

**JUDGE RICHARD LEON**

Case no: **CRO-6268**

To the Honorable Judge R. Leon,

      On Thursday Feb. 28, I (LeVar SimmS) verbally informed, and I also sent him a letter, to inform him of his representation of my case. I informed Mr. Abbenate that I no longer wish to have him as my legal Attorney. I find that his conduct towards myself and my family is offensive and unnecessary. Therefore, I ask this Honorable court to dismiss Mr. Abbenate from my case.

    Sincerely,

    LeVar Simms