UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-268 (RJL) |
| LEVAR SIMMS | : | |

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Edward C. Sussman, Suite 900, 601 Pennsylvania Avenue N.W., Washington, D.C. 20004, as counsel for the defendant in this matter, pursuant to the Criminal Justice Act.

/s/
Edward C. Sussman No. 174623
Attorney for Defendant
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 27th day of March, 2008 by electronic filing on all interested parties.
.

/s/
Edward C. Sussman