UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 06-268 (RJL) |
| v. : | |
| : | |
| LEVAR SIMMS, aka "VAR" : | |

**O R D E R**

Upon motion of the government in the above-captioned case requesting that the Court deny defendant's motions new trial, and the Court having given consideration to the representations made and the authorities cited, it is hereby:

ORDERED that Defendant's "Motion to Reverse the Conviction Due to Ineffective Attorney and Government's Violations of Sixth Amendment," filed March 13, 2008, and "Motion to Dismiss Indictment Based on Misconduct," filed March 20, 2008, are denied since they were untimely filed under Fed. R. Crim. P. 33(b)(2).

Dated: _____

RICHARD J. LEON
United States District Court Judge