UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

          v.                      :     CR. NO. 06-268 (RJL)

LEVAR SIMMS                       :

## NOTICE TO THE COURT

At a status hearing held on April 2, 2008 in this matter, question arose concerning whether the defendant wished to represent himself in this matter, or be represented by undersigned counsel. Mr. Simms was given two weeks to make this decision and counsel represented that he would inform the court and the government of the defendant's decision. In a telephone conversation on April 16, 2008, the defendant informed undersigned counsel that he (the defendant) desires to proceed *pro se* in this matter. Mr. Simms additionally desires that counsel remain in a standby position to assist him as necessary. Unless counsel receives information from the court to the contrary, he will continue to assist the defendant as requested.

Respectfully submitted,

_____/s/_____
Edward C. Sussman No. 174623
Attorney for Defendant
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 16th day of April, 2008 by electronic filing on all interested parties.
.

_____/s/_____
Edward C. Sussman