UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA             :

v.                                   :      CR. NO. 06-268 (RJL)

LEVAR SIMMS                          :

DEFENDANT'S REQUEST FOR SCHEDULING CHANGE

The defendant, through standy by counsel, respectfully requests that this honorable court amend the briefing and hearing schedule previously set in this matter. In support of his request, he states the following:

1. At a status hearing set on April 2, 2008, this honorable court set a schedule for filings and a hearing on the defendant's request for a new trial. The schedule was based on the availability of the trial transcript and counsel's ability to fashion an appro*pria*te pleading. Under the schedule the defendant's motion for a new trial was to be filed by May 12, 2008. A hearing on the issue was scheduled for June 2, 2008.

2. Approximately, two weeks after the status hearing, the defendant informed counsel that he wanted to represent himself. Counsel forwarded that information on to the court and government. It was counsel's plan to turn over all materials to the defendant as quickly as possible. The trial transcript was not available until May 5, 2008. Photocopying of the trial materials consumed additional time, as did arranging the transfer of those material to Mr. Simms. It was not until May 9, 2008 that all materials were given to the defendant.

3. Counsel met with Mr. Simms on May 11, 2008, and at that time was informed that the

defendant would need approximately three weeks to fashion an appropriate motion. Review of the materials would consume some time. Additionally, Mr. Simms has only limited access to the law library.[1]

4. For all of these reasons, the defendant would request that he be given until June 2, 2008 to file his motion and that all dates set in this matter, including the motion hearing and sentencing date be vacated.

WHEREFORE, the defendant respectfully requests that he be granted the relief that he seeks.

Respectfully submitted,

_____/s/_____
Edward C. Sussman No. 174623
Standby Counsel
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

---

[1] Counsel is working with the CTF staff to obtain additional research time for the defendant.

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served this 12th day of May, 2008 by electronic filing on all interested parties.
.

                                                             /s/
                                        Edward C. Sussman