UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR. NO. 06-268 (RJL) |
| LEVAR SIMMS | : |

O R D E R

The court has before it the request of the defendant that the present schedule for motions and sentencing be amended. The court finds good cause for the granting of this request. It is, therefore, this ____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the defendant has until June 2, 2008 to file a motion for a new trial and that all presently set dates are vacated.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE