Copies to: Judge
AUSA – Special Proceedings
Dft.

# UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United State of America | ) | |
| | ) | **FILED** |
| | ) | |
| | ) | JUN 0 5 2008 |
| | ) | |
| VS | ) CRIMINAL: NO. 06-268 | Clerk, U.S. District and Bankruptcy Courts |
| | ) | |
| | ) | |
| LEVAR SIMMS | ) | |
| | ) | |

## MOTION TO OBJECT TO THE PERTRIAL REPORT

COME NOW THE DEFENDANT *pro se*, in proper person, is objecting the inaccuracies in the presentencing report prepared by Mr. Michael Pender. The defendant was given additional points that weren't supposed to be given. The report is all from the allegations before the trial, when it is supposed to be given, based on *facts* from the trial.

The defendant is put in the guidelines of a base level 30, category two, which range for imprisonment of 108 months to 135 months, when the guideline range should be, category I, and at the most 26 total offense Level. The defendant was given two points for using a computer to solicit sex with a minor (**Number 21 on the presentencing report**), but it was proven in trial by a computer specialist and the witness, that the computer wasn't owned by the defendant, **See transcripts from trial (Jan. 23, 2008)**, there is nowhere proven that the defendant even used the computer, no finger prints or anything. Another two points was given because of unduly influence of a

1

minor to engage in prohibited sexual conduct (**Number 20 on pretrial report**). At trial the witness admitted she did things on her own the defendant didn't influence her to go or do anything. (**SEE TRANSCRIPTS FROM TRIAL**)

The Defendant's criminal history was pointed wrongly also. The defendant was given a point for a charge that was in the year of two thousand, for theft II, and another point for Assault (Domestic) in that same year (**Number 30, and 31 on the pretrial report**). The most recent point chart shows that there are no points being given for theft II or Simple Assault. These convictions are based on *misdemeanor* offenses, which were convictions. The **federal Rule of the District of Columbia** shows that *felony* convictions are counted against an individual. The government generally may satisfy this burden by relying on **undisputed** facts in a presentence investigation report, so long as the *facts* of the report are not internally contradictory, wildly implausible, or inconsistent with the evidence from the trial. **See; United States V. Pinnick, 47 F.3d 434, 437 (D.C. Cir. 1995).**

The government has already prosecuted the defendant with unlawful tactics and convicted him with a prejudice jury. This Presentencing report is another unlawful tactic of denying the defendant due process; this is another tactic to punish an innocent individual.

Date 6/3/08

LeVar Simms
D.C.D.C. #311478
CCA/CTF PRISON
1901 E.ST S.E.
WASHINGTON, D.C. 20003

SHAME'KA C. BIVENS
NOTARY PUBLIC DISTRICT OF COLUMBIA   6/3/08
My Commission Expires June 30, 2011

NOTARY PUBLIC;

Copy:
U.S. Attorney
U.S. Attorney's office
Washington, D.C. 20003

*Pro se*

### Certificate of Service

  I declare under penalty of perjury that the force mention is true to the best of my knowledge and belief.

3