UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.        :        CR. NO. 06-268-01 (RJL)

LEVAR SIMMS        :

NOTICE OF APPEAL

**FILED**
JUL 10 2008
Clerk, U.S. District and
Bankruptcy Courts

*Name and Address of Appellant*: Levar Simms, DCDC No. 311-478, Central Treatment Facility, 1901 E Street, S.E., Washington, D.C. 20003.

*Name and Address of Defense Counsel*: Defendant proceeded pro se in this matter.

*Offenses*: 18 U.S.C. §2423(a), Interstate Transportation of a Minor for Purposes of Prostitution.

*Concise Statement of Judgment*: Defendant sentenced to serve 96 months in prison, on count of conviction imposed on July 7, 2008, following his conviction by a jury on the offense.

July 7, 2008                    _____
Date                            Appellant - Levar Simms


CJA , NO FEE ___X___

Defendant wishes to represent himself *pro se* on this appeal.

This appeal is pursuant to the Criminal Justice Act and the Sentencing Reform Act of 1984.

1

Transcripts have not been ordered.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 7th day of July, 2008, by first class mail, on Julieanne Himelstein, AUSA, 555 4th Street N.W., Washington, D.C. 20530.

                                                      Edward C. Sussman (standby counsel)