UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEVAR SIMMS )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>) | Criminal No. 06-268 (RJL)<br><br>FILED<br><br>JUL 2 8 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S DISTRICT COURT |

ORDER
(July 25, 2008)

Upon consideration of defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, it is hereby

ORDERED that the Office of the United States Attorney for the District of Columbia is directed to file a response to defendant's Motion to Vacate, Set Aside, or Correct Sentence within 30 days of this Order.

SO ORDERED.

RICHARD J. LEON
United States District Judge