UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| LEVAR SIMMS, | ) | |
|---|---|---|
| Petitioner, | ) ) ) | |
| v. | ) ) | Criminal Case No. 06-268 (RJL) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | |

**FILED**
AUG 0 9 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**
(August __, 2010)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that the defendant's motion to vacate his conviction and sentence is **DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge